USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-14-2020

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

RSA PROTECTIVE TECHNOLOGIES, LLC,

          **Plaintiff,**

- against -

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, ET AL.,

          **Defendants.**

---

18-cv-9960 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

For the reasons discussed at the conference held on January 13, 2020, the plaintiff may file a third amended complaint by **January 27, 2020**. The defendant, AECOM, may move or answer the third amended complaint by **February 14, 2020**. AECOM may also answer the Port Authority's cross claims for indemnification by **February 14, 2020**.

**SO ORDERED.**

Dated:    New York, New York
           January 13, 2020

                                              John G. Koeltl
                                      **United States District Judge**